UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x

TRUSTEES OF THE PAVERS AND ROAD
BUILDERS DISTRICT COUNCIL WELFARE
PENSION, ANNUITY AND APPRENTICESHIP,         **MEMORANDUM & ORDER**
AND SKILL IMPROVEMENT AND SAFETY             20-CV-1837(EK)(RML)
FUNDS, et al.,

                Plaintiffs,

       -against-

GENRUS CORP.,

                Defendant.

---------------------------------------x

ERIC KOMITEE, United States District Judge:

       The Court has received Magistrate Judge Robert Levy's Report and Recommendation ("R&R") dated June 14, 2022.  ECF No. 30.  Judge Levy recommends that the Court grant Plaintiffs' motion for default judgment and that Plaintiffs be awarded (1) $13,512 in unpaid contributions and $768 in unpaid union assessments and dues check-offs; (2) interest on the unpaid principal at the rate of ten percent per annum, through the date of judgment; (3) $2,261.40 in liquidated damages; (4) $447.22 in late-payment interest; (5) $6,443 in attorney's fees; (5) and $565.90 in costs.  R&R 15.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews the R&R for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord State Farm*

*Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.[1]  Thus, Plaintiffs' motion for default judgment is granted.  Plaintiffs are awarded $13,512 in unpaid contributions and $768 in unpaid union assessments and dues check-offs; (2) interest on the unpaid contributions at the rate of ten percent per annum, through the date of judgment; (3) $2,261.40 in liquidated damages; (4) $447.22 in late payment interest; (5) $6,443 in attorney's fees; (6) and $565.90 in costs.  The Clerk of Court is respectfully directed to enter judgment and close the case.

SO ORDERED.

                                              /s/ Eric Komitee
                                              ERIC KOMITEE
                                              United States District Judge

Dated:    September 29, 2022
            Brooklyn, New York

---

[1] I note a minor technical adjustment to the interest calculation set forth in footnote 4 of the R&R: the computations for daily interest should be "($7,570.56)*(0.1)*(1/365)*(number of days late)" for June 2018 and "($5,941.44)*(0.1)*(1/365)*(number of days late)" for July 2018.  This is because Plaintiffs have not argued that the unpaid dues (as opposed to the unpaid contributions) are subject to interest accrual, and because a factor of 1/365 is necessary to compute daily interest.  In any event, the amounts of daily interest set forth in the R&R — $2.07 per day for June 2018, and $1.63 per day for July 2018 — are correct.